STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Rachelle Deckert Dick
Forrester & Dick
4981 Bluebonnet Blvd.
Baton Rouge LA 70809

Amanda G. Clark
Forrester & Dick
4981 Bluebonnet Blvd.
Baton Rouge LA 70809

Gregory P. Aycock
Forrester & Dick
4981 Bluebonnet Blvd
Baton Rouge LA 70809

Amy E. Newsom
Forrester & Dick
4981 Bluebonnet Blvd.
Baton Rouge LA 70809

REHEARING ACTION: April 16, 2010

Docket Number: 10   00440-CW

JOHN LEE DAVIS, ET UX
VERSUS
KANSAS CITY SOUTHERN RAILWAY
COMPANY

Writ Application from Grant Parish Case No. 13,242

BEFORE JUDGES:

Hon. Jimmie C. Peters
Hon. Elizabeth A. Pickett
Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kansas City Southern Railway Co.** has this day been

DENIED.

cc: Dorwan Gene Vizzier, Counsel for the Applicant